

# Helen F. Dalton and Associates, P.C.
### Attorneys at Law

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. 718.263.9591 ◆ F. 718.263.9598

July 16, 2019

<u>Via ECF</u>
Honorable District Judge Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/16/2019
```

Re: <u>Taveras v. LSTD, LLC., et al.</u>
    18-CV-0903 (VEC)

**MEMO ENDORSED**

Dear Judge Caproni:

    We represent the Plaintiff in the above-referenced matter and we submit this letter pursuant to Your Honor's July 12, 2019 Order requiring Plaintiff to provide receipts for expenses, billing records, and an explanation of why service of process in this matter exceeded $1,000.00. Each of these items is address below.

**Receipts for Plaintiff's Counsel's Expenses**

    In the parties' joint motion for approval of the settlement agreement [Dkt. No. 64], our office indicated that we had incurred approximately $2,661.00 in expenses in this matter. This total included $1,030.00 for service of process on all Defendants through our process server, Anke Judicial Services, Inc., $1,155.00 for the costs of conducting three depositions, $400.00 for the Southern District of New York filing fee and $40.00 for serving the corporate Defendant through the Secretary of State. Attached hereto as Exhibit A are receipts for all of the above expenses.

**Explanation of the Cost of Service of Process**

    Our office incurred $1,030.00 in expenses just from the service of process on Defendants in this matter. The reason that this cost is higher than typical service costs is explained in great detail in Plaintiff's March 28, 2018 and April 26, 2018 letters to the Court regarding attempted service and eventual service on Defendants in this matter [Dkt. Nos. 9 and 15].

Our office provided the following information in the April 26, 2018 letter to the Court regarding the difficulties of service upon individual Defendant Saul Sutton [Dkt. No. 15]:

> Plaintiff served the corporate Defendant LSTD, LLC through the Secretary of State on April 18, 2018. Furthermore, after numerous attempts to serve the individual defendants, Plaintiff was able to serve Defendant Anthony Scavo on April 25, 2018. Lastly, Plaintiff has been unable to serve Defendant Saul Sutton to date. Plaintiff has filed two Affidavits of Attempted Personal Service, in which Plaintiff's process server attempted to serve Defendant Saul Sutton at six different addresses that were linked to Defendant Saul Sutton.
>
> Plaintiff's process server attempted to serve Defendant Saul Sutton at the following addresses on the following dates and times:
>
> - 733 3rd Avenue, 15th Floor, New York, New York 10017 (3/13/18 at 1:50pm)
> - 265 East 66th Street, New York, New York 10065 (3/13/18 at 3:30pm)
> - 220 East 65th Street, New York, New York 10065 (3/13/18 at 3:25pm)
> - 1956 Ocean Parkway, Brooklyn, New York 11223 (3/14/18 at 5:00pm)
> - 1808 East 7th Street, Brooklyn, New York 11223 (4/18/18 at 6:45pm)
> - 115 Broadway, New York, New York 10006 (4/20/18 at 4:00pm)
>
> Plaintiff's process server spoke to an individual who identified herself as Carol Sutton at 1956 Ocean Parkway, Brooklyn, New York 11223 (an address that appears for Defendant Saul Sutton according to a Lexis Nexis Comprehensive Person Search), but she informed our deponent that Defendant was not known at that address. However, our office spoke to an individual who identified herself as Carol Sutton via a telephone number that appeared for Defendant Saul Sutton and she represented that she was the Defendant's mother. However, she stated that Defendant Saul Sutton was out of the country and that he no longer lived at 1956 Ocean Parkway, Brooklyn, New York 11223, but would not provide a new address.
>
> Based on the foregoing, we believe that Defendant Saul Sutton is aware of this lawsuit and is purposely attempting to evade service of the Complaint. Defendant Saul Sutton lists himself as the owner on Corporate Defendant's website and is even identified as the "Senior Partner" of the Corporate Defendant in a April 12, 2016 Decision and Order by The Honorable Judge Lucy Billings of the Supreme Court of New York, County of New York in a matter bearing Index No. 159565/2015. [redacted] Lastly, our client has identified, as alleged in the Complaint, Saul Sutton as the owner of the Corporate Defendant. As the Corporate Defendant has been served through the Secretary of State, it is unlikely that Defendant Saul Sutton is unaware of this litigation.

Our office incurred $1,030.00 in expenses from the service of process because we attempted to serve Mr. Sutton at six different locations before we effectuated service on him through his mother, nearly three months after the filing of this action. Your Honor addressed this issue with the Defendants at the parties' status conference on September 14, 2018. The invoice attached hereto as Exhibit A indicates the high cost of service as a result of numerous attempts of service before Mr. Sutton was served.

**Plaintiff's Counsel's Contemporaneous Billing Records**

Lastly, Your Honor has asked for Plaintiff's counsel's contemporaneous billing records in this matter. Please see Plaintiff's counsel's contemporaneous billing records and explanation of Plaintiff's counsel's qualifications are attached hereto as Exhibit B.

Plaintiff's counsel expended approximately **133.1** hours of attorney and paralegal time - an aggregate lodestar of approximately **$43,881.00**. These hours are reasonable and were compiled from contemporaneous time records maintained by the firm. Moreover, Plaintiff's Counsel undertook to prosecute this action without any assurance of payment for their services, litigating this case on a wholly contingent basis in the face of significant risk.

However, despite the fact that Plaintiff's counsel's lodestar calculation is in excess of the attorneys' fees requested in the parties' joint motion for approval, Plaintiff's counsel does not seek any fees beyond the one-third contigency agreement with Plaintiff.

We thank Your Honor for her consideration on this matter.

In light of Plaintiff's counsel's supplemental submissions, the proposed settlement, submitted to the Court on July 8, 2019, Dkt. 64-1, is hereby approved as fair and reasonable pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). While the lodestar amount provided by Plaintiff's counsel is higher than is reasonable, the Court finds that, even if reduced to a reasonable figure, the lodestar would exceed the proposed fee of $18,000. Accordingly, the Court's approval of the proposed settlement should not be viewed as an endorsement of counsel's billable rates and hours.

The Clerk of Court is respectfully directed to terminate all pending deadlines and motions and close the case.

SO ORDERED.   Date: 07/16/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

Roman Avshalumov, Esq.
James O'Donnell, Esq.
Helen F. Dalton & Assoc.
*Attorneys for Plaintiff*
80-02 Kew Gardens Road
Suite 601
Kew Gardens, NY 11415

# Anke JUDICIAL SERVICES, INC.

247 Nassau Boulevard
Garden City So., NY 11530

(516) 483-6880
FAX: (516) 486-0420

TO: HELEN F DALTON & ASSOCIATES P.C.
69-12 Austin Street
Forest Hills, NY 11375

5/22/18

ATTN: YEFREM

ID #11-2791290

PREVIOUS BALANCE

| DATE | PLAINTIFF | DEFENDANT | Mailing & Postage | Filing & Fee Chgs. | Service Charge | TOTAL |
|---|---|---|---|---|---|---|
| 4/18 | Rigoberto Taveras indiv. USDC Southern Dist. 117-L015 | LSTD,LLC d/b/a SSA Construction Group Saul Sutton Anthony Scavo all 3 def. at 3rd Ave. NYC moved reurn attempted aff. postal search certified LSTD,LLC (SOS 303 ) | | | 95.00 45.00 95.00 | |
| 4/21 | | LSTD LLC dba SSA Construction Group Jersey City NJ (attempted nk return) Anthony Scavo 2035 9th St. Bklyn (nk return) 315 E.72 St. NYC (nk return) 343 E.74 St. Apt.12G NYC LSTD,LLC dba SSA Construction Group c/o Anthony Scavo | 5.00 5.00 | | 125.00 75.00 95.00 95.00 95.00 | |
| 5/3 | (Order ) | Saul Sutton 1808 East 7th St. Bkln(Moved return ) 115 B'way NYC (nk return 1956 Ocean P'way Brooklyn several attempts (copy left with mother mlg. certified copy with certificate of mailing | 5.00 | | 75.00 95.00 125.00 | |
| | | | | | total $ | 1,030.00 |

**PAID**
JUN 1 1 2017

#4869

Case 1:18-cv-00903-VEC   Document 66-1   Filed 07/16/19   Page 2 of 3



State of New York - Department of State
Receipt for Service

Receipt #:  201804230520
Date of Service:  04/18/2018
Service Company:  83 STAR PROCESS SERVICE

Cash #:  201804230321
Fee Paid: $40 - CHECK

Service was directed to be made pursuant to:   SECTION 303 OF THE LIMITED LIABILITY COMPANY LAW

Party Served:  LSTD, LLC

Plaintiff/Petitioner:
        TAVERAS, RIGOBERTO

Service of Process Address:
BAHN HERZFELD & MULTER, LLP
555 FIFTH AVENUE, STE 14
NEW YORK,   NY 10017

Dalton 117-LO15

Secretary of State
By  SUE ZOUKY

 Gmail

# Pay.gov Payment Confirmation: NYSD CM ECF

2 messages

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>  Thu, Feb 1, 2018 at 11:21 AM
To:

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the NYSD ECFHelpdesk at (212) 805-0800.

Application Name: NYSD CM ECF
Pay.gov Tracking ID: 267H353Q
Agency Tracking ID: 0208-14648918
Transaction Type: Sale
Transaction Date: Feb 1, 2018 11:21:53 AM

Account Holder Name: Helen Dalton
Transaction Amount: $400.00
Card Type:
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

**paygovadmin@mail.doc.twai.gov** <paygovadmin@mail.doc.twai.gov>  Thu, Feb 1, 2018 at 11:52 AM
To:

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact the NYSD ECFHelpdesk at (212) 805-0800.

Application Name: NYSD CM ECF
Pay.gov Tracking ID: 267H3I9L
Agency Tracking ID: 0208-14649333
Transaction Type: Sale
Transaction Date: Feb 1, 2018 11:52:29 AM

[Quoted text hidden]

# INVOICE

**U.S. Legal Support**
877.479.2484

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130094105 | 2/26/2019 | 261349 |
| Job Date | | Case No. |
| 2/11/2019 | | 18-CV-903 (VEC) |
| Case Name | | |
| Taveras v. LSTD,LLC D/B/A SSA Construction Group et al. | | |
| Payment Terms | | |
| Due upon receipt | | |

Roman Avshalumov
Helen F. Dalton & Associates
69-12 Austin Street
Forest Hills, NY 11375

| | | |
|---|---|---|
| ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF: | | |
|    Saul Sutton | 162.00 Pages | 510.30 |
|       Exhibit | | 0.65 |
|       Reporter Appearance - Per Session | | 25.00 |
| ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF: | | |
|    Anthony Scavo Jr. | 81.00 Pages | 255.15 |
|       Reporter Appearance - Per Session | | 25.00 |
|       Shipping/Delivery | | 15.00 |
| | **TOTAL DUE >>>** | **$831.10** |
| | AFTER 4/12/2019 PAY | $955.77 |

Online bill pay available at www.uslegalsupport.com

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 831.10 |
| (+) Finance Charges/Debits: | 124.67 |
| (=) New Balance: | 0.00 |

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238          Phone: 718.263.9591    Fax: 718-263-9598

*Please detach bottom portion and return with payment.*

Roman Avshalumov
Helen F. Dalton & Associates
69-12 Austin Street
Forest Hills, NY 11375

| | | | | |
|---|---|---|---|---|
| Job No. | : 261349 | | BU ID | : 21-NYC |
| Case No. | : 18-CV-903 (VEC) | | | |
| Case Name | : Taveras v. LSTD,LLC D/B/A SSA Construction Group et al. | | | |
| Invoice No. | : 130094105 | | Invoice Date | : 2/26/2019 |
| **Total Due** | **: $0.00** | | | |

Remit To: **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX 77210-4772

**PAYMENT WITH CREDIT CARD**     AMEX   MC   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 130097699 | 3/22/2019 | 264577 |
| Job Date | Case No. | |
| 3/12/2019 | | |

**U.S. Legal Support**
877.479.2484

| Case Name |
|---|
| Taveras v. LSTD, LLC. |

| Payment Terms |
|---|
| Due upon receipt |

Roman Avshalumov
Helen F. Dalton & Associates
69-12 Austin Street
Forest Hills, NY  11375

ORIGINAL AND 2 CERTIFIED COPIES OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Antonio Rivera | 73.00  Pages | 284.70 |
| Reporter Appearance - Per Session | | 25.00 |
| Wait Time | | 0.00 |
| Shipping/Delivery | | 15.00 |
| **TOTAL DUE >>>** | | **$324.70** |
| AFTER 5/6/2019  PAY | | $373.41 |

Online bill pay available at www.uslegalsupport.com/online-bill-pay

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 324.70 |
| (+) Finance Charges/Debits: | 49.29 |
| (=) New Balance: | 0.00 |

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                    Phone: 718.263.9591     Fax:718-263-9598

*Please detach bottom portion and return with payment.*

| | | | |
|---|---|---|---|
| Job No. | : 264577 | BU ID | : 21-NYC |
| Case No. | : | | |
| Case Name | : Taveras v. LSTD, LLC. | | |
| Invoice No. | : 130097699 | Invoice Date | : 3/22/2019 |
| **Total Due** | **: $0.00** | | |

Roman Avshalumov
Helen F. Dalton & Associates
69-12 Austin Street
Forest Hills, NY  11375

**PAYMENT WITH CREDIT CARD**      AMEX  MC  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **U.S. Legal Support**
P.O. Box 4772-13
Houston, TX  77210-4772

| | Billing Records for 117-L015: Taveras v. LSTD, LLC, et al. | | | |
|---|---|---|---|---|
| <u>Date</u> | <u>Attorney</u> | <u>Time Spent (Hours)</u> | <u>Notes</u> | <u>Paralegal</u> |
| 12/12/2017 | RA | 1.6 | Intake of client, info on claims, defs, job sites | P |
| 12/18/2017 | RA | 0.3 | Call w/ client - more info needed on defs' business, individual defs | P |
| 1/10/2018 | RA | 0.7 | Research on defs, client's claims, work performed out of state | |
| 1/12/2018 | RA | 0.6 | Meet w/ client, dropped off records/envelopes, discussed case | P |
| 1/22/2018 | RA | 1.2 | Performed calculations of damages | |
| 1/25/2018 | RA | 1.7 | Drafting complaint | |
| 1/29/2018 | RA | 1.2 | Finish drafting complaint, contact client to come in for review | |
| 1/31/2018 | RA | 1.5 | Review complaint/calcs w/ client, make changes, finalize, draft civil cover sheet | P |
| 2/1/2018 | RA | 0.5 | Review all docs, file complaint, civ cover sheet, summons on ECF | |
| 2/5/2018 | RA | 0.4 | Recvd ECF orders, deficiencies, reviewed Judge's rules, mailed out complaint | P |
| 2/16/2018 | RA | 0.2 | Recvd Init Conf order, entered dates in system, advised client of status | P |
| 3/7/2018 | RA | 1.2 | Calls w/ process server, filed letter w/ Court re: issues with service, remailed summons | |
| 3/12/2018 | RA | 0.2 | Recvd and reviewed Order, entered dates in system, set reminders | |
| 3/17/2018 | RA | 1.4 | Extensive search of addresses, locations of individual defs, property searches, etc. | |
| 3/27/2018 | RA | 0.2 | Calls w/ process server | |
| 3/28/2018 | RA | 1 | Drafted and filed letter re: service on defs | |
| 3/28/2018 | JO | 0.2 | Mailed check to process server to serve corp. def through Sec. of State | |
| 3/29/2018 | RA | 0.2 | Recvd and reviewed Order, entered dates in system, set reminders | |
| 4/16/2018 | RA | 0.2 | Calls w/ process server | |
| 4/18/2018 | RA | 0.3 | Calls w/ process server and client for more info | P |
| 4/26/2018 | RA/JO | 2.6 | Calls w/ process server, recvd and reviewed affs of service, filed on ECF | |
| | | | Drafted and filed initial pre-trial conf letter, research on substitution of service methods | |
| | | | Drafted and filed letter motion for ext of time to serve Sutton; filed NOA | |
| 5/3/2018 | JO | 0.2 | Call w/ process server re: service on Sutton | |
| 5/7/2018 | RA | 0.3 | Recvd, reviewed aff of service, filed on ECF; entered dates for answer in system | |
| 5/11/2018 | JO | 0.2 | Emails w/ def atty re: retained by defs, ext of time to answer | |
| 5/16/2018 | JO | 1.2 | Drafted initial conf letter and proposed case mgmt plan, sent to def atty | |
| 5/17/2018 | JO | 0.5 | Recvd and reviewed defs' edits to letter and plan, agreed on dates, filed on ECF | |
| 6/7/2018 | RA | 1.2 | Review docs, prepare for init conf, call w/ client re: issues raised by Defs | P |
| 6/8/2018 | RA | 1 | Travel time, prep for conf, appear for intial conference, enter dates in system | |
| 6/14/2018 | RA | 0.6 | Recvd and reviewed defs' Answer, noted aff defenses | |
| 6/19/2018 | RA/JO | 1.5 | Meet w/ client re: case, draft and review affidavit for collective action motion | P |
| 6/20/2018 | JO | 1.5 | Draft notice and opt-in forms for motion | |
| 6/21/2018 | RA | 2.7 | Research case law, drafting collective action motion | |
| 6/26/2018 | RA | 2.2 | Continue drafting collective action motion | |

| Date | Atty | | Hours | Description | |
|---|---|---|---|---|---|
| 6/27/2018 | RA/JO | | 2.6 | Drafting, reviewing, editing motion, prepare table of contents, table of cases, notice | |
| | | | | Finalize, copy, and file on ECF | |
| 7/19/2018 | RA/JO | | 1.8 | Reviewed defs' opp to motion, reviewed attached affs, discuss reply and add'l affs | |
| 7/24/2018 | RA | | 2.2 | Drafting reply to opp, call to client re: add'l aff | |
| 7/26/2018 | RA | | 1.6 | Continue drafting reply | |
| 7/27/2018 | RA | | 1.8 | Finalize/file reply, calls w/ def atty and client re: add'l affidavit, filed letter re: affidavit | |
| 7/31/2018 | RA | | 0.8 | Met w/ client, finalized aff and filed | |
| 8/28/2018 | RA | | 0.6 | Recvd and reviewed order on motion; noted issues w/ notice forms | |
| 9/5/2018 | RA | | 0.8 | Revised notice form/opt-in form, emails w/ def atty | |
| 9/6/2018 | RA/JO | | 0.5 | Teleconf w/ def attys re: notice form changes, postings, mailing addresses, etc. | |
| 9/7/2018 | RA | | 1.2 | Calls/emails w/ def attys, draft, revise letter re: collective action notices, file on ECF | |
| 9/12/2018 | RA/JO | | 1.5 | Discuss case, prepare file for conf on 9/14, call w/ client, review docs from PI case | P |
| 9/14/2018 | JO | | 1 | Travel time, prep for conf, appear for status conf, enter notes from conf | |
| 11/1/2018 | JO | | 1.6 | Drafting discovery responses | |
| 11/8/2018 | JO | | 1.8 | Continue drafting disc response, schedule appt w/ client | |
| 11/12/2018 | RA/JO | | 3.5 | Meet w/ client, review responses, review records, finalize all disc responses | P |
| | | | | Draft and finalize interrogatory requests, document demands, mail all docs to defs | |
| 12/3/2018 | JO | | 0.2 | Emails w/ def atty re: disc responses | |
| 12/4/2018 | JO | | 0.6 | Emails w/ def atty, scan in and re-send disc responses and demands | |
| 12/6/2018 | JO | | 0.5 | Send notices of depositions, emails w/ def atty re: plaintiff's deposition | |
| 12/7/2018 | RA | | 0.2 | Emails w/ def atty | |
| 12/11/2018 | RA/JO | | 1.8 | Calls/emails w/ def attys; teleconf w/ Court | |
| 12/12/2018 | JO | | 0.2 | Recvd Order, entered dates, set reminders | |
| 12/13/2018 | JO | | 0.4 | Emails w/ def atty, schedule depo of Sutton w/ court reporter | |
| 12/17/2018 | JO | | 0.3 | Emails w/ def atty, rescheduling defs depositions | |
| 12/27/2018 | RA | | 0.5 | Calls/emails w/ def atty re: settlement, calls w/ client re: offer/demand | |
| 1/9/2019 | RA | | 0.8 | Calls w/ def atty, re adjournments, filed letter requesting ext of disc | |
| 1/24/2019 | JO | | 0.8 | Emails/calls w/ def atty re: settlement, calls to client, rescheduled def depositions | P |
| 2/1/2019 | JO | | 0.7 | Emails/calls w/ def atty re: settlement, calls to client, rescheduled def depositions | P |
| 2/8/2019 | RA | | 0.4 | Emails w/ def atty re: settlement, call to client | P |
| 2/8/2019 | RA/JO | | 1.5 | Prep for Def depositions, prepare questions, call to client re: questions | P |
| 2/11/2019 | RA | | 6 | Defendant depositions | |
| 2/13/2019 | RA | | 0.2 | Emails re settlement | |
| 2/22/2019 | RA | | 1.3 | Drafting, revising, reviewing joint status letter, calls w/ def atty | |
| 2/28/2019 | RA | | 1.2 | Prepare file, review and prepare for conference | |
| 3/1/2019 | RA | | 1 | Status conference | |
| 3/1/2019 | RA | | 0.3 | Emails w/ def atty, draft letter re: contact info for defs' witnesses | |

| Date | Atty | Hours | Description | |
|---|---|---|---|---|
| 3/2/2019 (Sat.) | RA | 1.8 | Meet w/ Peter Paris, witness, obtain info, draft and review affidavit | P |
| 3/5/2019 | JO | 0.5 | Emails w/ def atty, scheduling witness depositions | |
| 3/11/2019 | JO | 0.1 | Emails w/ def atty | |
| 3/12/2019 | RA | 4 | Prep, review file, conduct deposition of witness Rivera | |
| 3/15/2019 | RA | 0.8 | Extensive search of contact info, addresses for potential witnesses | |
| 3/21/2019 | RA/JO | 1.2 | Emails/calls re: disc schedule, plaintiff/witness EBTs, draft/finalize joint status letter | |
| 3/28/2019 | RA | 0.3 | Emails w/ def atty, file affidavit of Peter Paris | |
| 3/29/2019 | RA | 1.2 | Prepare for conf, attend status conf | |
| 4/10/2019 | RA | 0.1 | Emails re: mediation | |
| 4/12/2019 | JO | 0.2 | Emails re: mediation | |
| 4/17/2019 | RA | 0.5 | Review letter re: supplemental disc demands | |
| 4/24/2019 | RA | 0.2 | Emails w/ def atty, call to client re: supplemental demands | |
| 4/30/2019 | RA | 0.3 | Call to client re: additional docs, info | |
| 5/7/2019 | RA | 2.2 | Meet w/ client, sign authorizations, draft and finalize supp responses, mail to def atty | |
| 5/8/2019 | JO | 0.3 | Emails w/ def atty re: Plaintiff EBT | |
| 5/10/2019 | RA | 1.4 | Calls/emails scheduling Plaintiff EBT; file letter w/ court in response to defs' letter | |
| 5/14/2019 | RA | 1.2 | Discuss offer of judgment w/ client; emails w/ def atty re: EBT | |
| 5/17/2019 | RA | 0.2 | Call w/ client re: EBT | P |
| 5/21/2019 | JO | 0.3 | Emails/calls re: settlement | |
| 5/22/2019 | JO | 0.6 | Emails/calls agreed to settlement | |
| 5/30/2019 | JO | 0.3 | Emails re: finalizing terms of agreement | |
| 6/5/2019 | JO | 0.6 | Emails w/ def atty, call to client, filed letter advising court of settlement | P |
| 6/7/2019 | RA | 0.2 | Recvd and reviewed order for settlement approval, entered notes in system | |
| 6/11/2019 | JO | 0.2 | Emails to mediator cancelling mediation | |
| 6/11/2019 | RA | 2.3 | Performed calculations for settlement, drafted settlement agreement, sent to def atty | |
| 6/19/2019 | JO | 0.2 | Calls/emails re: agreement | |
| 6/24/2019 | RA | 0.6 | Recvd and reviewed defs' proposed changes | |
| 6/25/2019 | RA | 0.4 | Accepted some of defs' changes, rejected others, made edits to agreement | |
| 6/26/2019 | RA/JO | 1.2 | Call w/ def atty re: issues w/ changes, edited and finalized agreement | |
| 6/27/2019 | RA | 0.7 | Emails w/ def atty, filed letter re: ext of time to file, adj conf | |
| 7/1/2019 | RA | 1.3 | Draft motion for approval of agreement | |
| 7/1/2019 | JO | 0.3 | Emails w/ def atty, sent PI case info | |
| 7/8/2019 | RA/JO | 0.5 | Call w/ def atty, resolve outstanding issues, finalize agreement and motion, file on ECF | |
| 7/15/2019 | RA | 1.2 | Draft letter w/ add'l info on expenses, service, attach/finalize billing records, file on ECF | |

|  | **Total Hours** |  |
|---:|---:|---|
| RA | 78.8 | 78.8 * $425.00 = $33,490.00 |
| JO | 35.7 | 35.7 * $250.00 = $8,925.00 |
| Paralegal | 18.6 | 18.6 * $75.00 = $1,395.00 |
|  |  |  |
|  |  | **Total: $43,810.00** |

## Attorney Qualifications

Plaintiffs' counsel, Roman Avshalumov has been an attorney for eleven years, and is admitted to practice in New York and New Jersey, as well as the EDNY, SDNY, and District of New Jersey. He has represented both plaintiffs and defendants in labor law actions for nine years. Mr. Avshalumov has tried numerous labor/employment cases, and settled over a hundred more. He has also tried over 50 personal injury actions. Mr. Avshalumov is the senior managing attorney at Helen F. Dalton & Associates, P.C., where he oversees all litigation at the firm, and has done so for the last ten years. Mr. Avshalumov currently bills at $425.00 per hour, which is standard for attorneys with his level of experience. Throughout this case, Mr. Avshalumov spent approximately **78.8 hours** on this case (see time records above for a breakdown as to tasks and specific hours spent). Accordingly, Mr. Avshalumov reasonably would charge $33,490.00 for his work performed in this matter.

Plaintiffs' counsel, James O'Donnell, has been an attorney for five years, and is admitted to practice in New York as well as the EDNY and SDNY. Mr. O'Donnell is a senior associate at Helen F. Dalton & Associates, P.C. and oversees all matters relating to labor and employment matters at the firm. Mr. O'Donnell has exclusively worked on employment matters during his employment at the firm. He has appeared on over one hundred FLSA matters in the Second Circuit and has settled over one hundred cases during his employment. Mr. O'Donnell currently bills at $250.00 per hour, which is standard for attorneys with his level of experience. Throughout this case, Mr. O'Donnell spent approximately **35.7 hours** on this case (see time records above for a breakdown as to tasks and specific hours spent). Accordingly, Mr. O'Donnell reasonably would charge $8,925.00 for his work performed in this matter.

In addition, Plaintiff's counsel incurred approximately 18.6 hours of paralegal services provided at $75.00 per hour, for approximately **$1,395.00** in total.

As such, Plaintiff's counsel has incurred approximately **$43,810.00** in attorneys' fees using the Lodestar Method, not including expenses associated with matter.